James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone:  (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

JACKIE GIBBS,

          Plaintiff,

        v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

          Defendant.

Case No.:    3:14-cv-00079-PK

ORDER GRANTING
STIPULATED MOTION
FOR ATTORNEY FEES
UNDER 28 U.S.C. § 2412

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees

in the amount of $2037.56 will be awarded to Plaintiff in care of his attorneys pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of

Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to his

attorney, James S. Coon, at Mr. Coon's address:  820 SW 2nd Ave Ste 200, Portland

OR  97204.  There are no costs or expenses.

      Dated this 11th day of Feb, 2015.

United States District Judge
*MAGISTRATE*

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff